# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **JEANNIE L. COSBY**, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 5:09-CV-192 (CAR) |
| : | |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Defendant. : | |
| : | |

## ORDER ON THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc.7] that Plaintiff's claims against Defendants Chapman, Bradley, and Reyes be dismissed from this action. No Objection was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. The claims stated against Defendants Chapman, Bradley, and Reyes are accordingly **DISMISSED**.

SO ORDERED, this 28th day of August, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

jlr