# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **JEANNIE L. COSBY,** | : | |
| Plaintiff, | : | Case No.: 5:09-CV-192 (CAR) |
| v. | : | |
| **UNITED STATES OF AMERICA,** | : | 42 U.S.C. § 1983 |
| Defendant. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 29] to deny Defendant's Motion to Dismiss [Doc. 14] Plaintiff's claims for failure to state a claim upon which relief can be granted. Defendant has not entered an objection to the Recommendation. Upon review of the Recommendation and consideration of the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Further factual development is necessary. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Defendant's Motion to Dismiss is **DENIED**.

**SO ORDERED,** this 4th day of August, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

THC